UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

      **Plaintiff,**

v.                                                                      Case No: 6:25-cv-179-PGB-DCI

WANTONG INTERNATIONAL,
INC., INTERNATIONAL
STUDENT SERVICES, LLC,
PRO-NAILS & BEAUTY
SCHOOL, INC., ZONGYING
YUAN and WENXIN LIU,

      **Defendants.**
_____/

## ORDER

      This cause is before the Court on the Case Management Report filed by the parties (Doc. 56). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

      **DONE** and **ORDERED** in Orlando, Florida, on 29th day of April 2025.

                                                                PAUL G. BYRON
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record