UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANE DOE,**

    **Plaintiff,**

v.                                             Case No: 6:25-cv-179-PGB-DCI

**WANTONG INTERNATIONAL, INC., INTERNATIONAL STUDENT SERVICES, LLC, PRO-NAILS & BEAUTY SCHOOL, INC., ZONGYING YUAN, WENXIN LIU, CDP MEDIA AG, X TECHNOLOGY S.R.O and MIRACOMM HOLDINGS LTD.,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Voluntary Dismissal of Claims against Defendant Miracomm Holdings Ltd., filed February 20, 2026. (Doc. 86 (the "**Notice**")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Miracomm Holdings Ltd. are **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to terminate Defendant Miracomm Holdings Ltd. as a party.

---

[1] Unless a notice of voluntary dismissal states otherwise, "the dismissal is without prejudice." FED. R. CIV. P. 41(a)(1)(B). Plaintiff's Notice is silent as to whether the dismissal is with or without prejudice. Accordingly, the dismissal is without prejudice.

**DONE AND ORDERED** in Orlando, Florida on February 24, 2026.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties