# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JANE DOE,**

     **Plaintiff,**

    v.                      **Case No.:  6:25-cv-00179-PGB-DCI**

**WANTONG INTERNATIONAL, INC.,  INTERNATIONAL STUDENT SERVICES, LLC, PRO-NAILS & BEAUTY SCHOOL, INC., ZONGYING YUAN, WENXIN LIU,  CDP MEDIA AG,  X TECHNOLOGY S.R.O,**

     **Defendants,**

---

## ORDER

On May 1, 2025, a Notice of Mediation (Doc. 64) was filed advising the Court that the mediation conference would be held on March 10, 2026.  No subsequent report as to the status of mediation has been filed.  Accordingly, the parties shall advise the Court within **SEVEN (7) DAYS** of the date of this Order as to the status of mediation.

**DONE AND ORDERED** at Orlando, Florida, on March 23, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record