**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

        **Plaintiff,**

**v.**                                              **Case No: 6:25-cv-179-PGB-DCI**

**WANTONG INTERNATIONAL,**
**INC., INTERNATIONAL**
**STUDENT SERVICES, LLC,**
**PRO-NAILS & BEAUTY**
**SCHOOL, INC., ZONGYING**
**YUAN, WENXIN LIU, CDP**
**MEDIA AG and X**
**TECHNOLOGY S.R.O.,**

        **Defendants.**
_____/

## <u>ORDER</u>

This cause comes before the Court upon counsel for Plaintiff Jane Doe (the "**Plaintiff**") and counsel for Defendants Wantong International, Inc.; International Student Services, LLC; Pro-Nails & Beauty School, Inc.; Zongying Yuan; and Wenxin Liu's (collectively, the "**Appearing Defendants**") Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. 96 (the "**Consent**")).

In the Consent, counsel for Plaintiff and the Appearing Defendants attempt to consent to the authority of the Magistrate Judge to "conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings." (*Id*.). However, "[a] magistrate judge may exercise this authority only if all parties

voluntarily consent." (*Id.*); *see also* 28 U.S.C. § 636(c) (providing that a magistrate judge, "*upon consent of the parties . . .* may conduct any or all proceedings in a jury or nonjury civil matter and order the entry of judgment in the case" (emphasis added)).

In the instant case, Plaintiff has obtained a Clerk's entry of default against Defendant CDP Media AG for its failure to appear to defend in the action. (Docs. 83, 84, 88). Moreover, Plaintiff has not yet served foreign Defendant X Technology S.R.O. and recently obtained an extension of time for effecting such service. (Doc. 92). Under the circumstances, it is not clear to the Court whether Plaintiff and the Appearing Defendants may consent to the Magistrate Judge's authority over the entirety of the case. (*See* Doc. 95); 28 U.S.C. § 636(c).

Accordingly, it is **ORDERED** that, on or before **April 17, 2026**, the parties shall **SHOW CAUSE** and address, in writing, whether the Plaintiff and Appearing Defendants may consent to the Magistrate Judge's jurisdiction over the entire case despite the nonappearance of Defendants CDP Media AG and X Technology S.R.O. to date. The parties' response(s) to the instant Order shall not exceed **five pages** in length.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties