**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANE DOE,**

**Plaintiff,**

**v.** **Case No: 6:25-cv-00179-PGB-DCI**

**WANTONG INTERNATIONAL, INC., INTERNATIONAL STUDENT SERVICES, LLC, PRO-NAILS & BEAUTY SCHOOL, INC., ZONGYING YUAN, WENXIN LIU, CDP MEDIA AG and X TECHNOLOGY S.R.O,**

**Defendants.**
______________________________/

# ORDER

This cause comes before the Court on Plaintiff Jane Doe's ("**Plaintiff**") Motion to Dismiss Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 131 (the "**Motion**")). In the Motion, Plaintiff asks the Court to dismiss Defendant International Students Services LLC as a party. (*See generally id.*). Therein, Plaintiff indicates that the Motion is unopposed by all Defendants[1] who have appeared. (*Id.* at pp. 4–5). Upon due consideration, the unopposed Motion will be granted.

---

[1] A Clerk's Entry of Default was entered against Defendant CDP Media AG on March 5, 2026. (Doc. 98). The Court also notes that Defendant X Technology S.R.O has not been served. (*See* Doc. 112).

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Motion to Dismiss Without Prejudice Pursuant to Rule 41(a)(2) (Doc. 131) is **GRANTED**.
2. Plaintiff's claims against Defendant International Student Services LLC are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendant International Student Services LLC only as a party.

**DONE AND ORDERED** in Orlando, Florida on September 9, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties