# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JANE DOE,**

**Plaintiff,**

**v.** **Case No: 6:25-cv-179-PGB-DCI**

**WANTONG INTERNATIONAL, INC., INTERNATIONAL STUDENT SERVICES, LLC, PRO-NAILS & BEAUTY SCHOOL, IN., ZONGYING YUAN, and WENXIN LIU,**

**Defendants.**

______________________________________/

## ORDER

Pending before the Court are Plaintiff's Motion to Compel Discovery Responses from Defendant Wantong International, LLC (Doc. 135); Motion to Compel Discovery Responses from Defendant Zongying Yuan (Doc. 136); Motion to Compel Discovery Responses from Defendant Wenxin Liu (Doc. 137); and Motion to Compel Discovery Responses from Defendant Pro-Nails & Beauty School, Inc (Doc. 138) (collectively the Motions to Compel). No Defendant has filed a response to their respective Motion to Compel, and the time for doing so has elapsed. Accordingly, the undersigned deems the Motions to Compel to be unopposed. *See* Doc. 7 ("**Any party opposing the Motion shall file a response no later than five days after the Motion is filed** (*see* Fed. R. Civ. P. 6(a)); a failure to file a timely response will result in the Motion being deemed unopposed.") (emphasis in original).

Accordingly, it is **ORDERED** that:

1. the Motions to Compel (Docs. 135, 136, 137, and 138) are **GRANTED** to the extent that **on or before October 9, 2026**, each Defendant shall produce the documents and

respond to the interrogatories at issue in the Motion to Compel brought against that Defendant; and

2. ruling on the consideration of reasonable expenses is **DEFERRED** pursuant to Federal Rule of Civil Procedure 37.

Ordered in Orlando, Florida on October 2, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE